IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| NIGHTINGALE COLLEGE LLC d/b/a NIGHTINGALE EDUCATION GROUP; and CAROLYN PATCHETT, an individual, | CV 26-09-H-TJC |
| Plaintiffs, | **ORDER** |
| vs. | |
| SARAH SPANGLER, in her official capacity as Presiding Officer of the Montana Board of Nursing; and MISSY POORTENGA, in her official capacity as Executive Officer of the Montana Board of Nursing, | |
| Defendants. | |

On April 7, 2026, Defendants filed a motion to dismiss Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  (Doc. 18.) Subsequently, Plaintiffs filed an Amended Complaint (Doc. 21), which moots Defendants' motion.  *Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).  Accordingly, Defendants' motion (Doc. 18) is **DENIED as moot**.

DATED this 4th day of May, 2026.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge